STATE *v.* WILLIAM FOX.

Two cases, appeals from Linn Circuit Court, decided by case of State v. Crowley.

STATE *v.* ALEXANDER M. BEDFORD.

Stricken from docket, transcript showing no appeal or writ of error.

JOHN E. PITTS AND WIFE *v.* JOHN H. WINSTON.

Error to Platte Common Pleas.   Dismissed for failure of plaintiff in error to file brief.